**EXHIBIT B**

