**EXHIBIT N**

```
BRICE E. BRYAN & ASSOCIATES
BRICE E. BRYAN, State Bar No. 179584
CHRISTOPHER J. BRANTINGHAM, State Bar No 261782
JEFFREY T. GILLINGHAM, State Bar No. 304646
25 West Rolling Oaks Drive, Suite 202
Thousand Oaks, CA. 91361
Phone:      (818) 223-8090
Fax:        (818) 223-8072
```

Attorneys for Defendant:
ROCKY'S RACQUET WORLD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKY'S RACQUET WORLD, a Limited Partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:20-cv-04710 RSWL (RAOx)<br><br>**DECLARATION OF A.T. DICKENS IN SUPPORT OF ROCKY'S RACQUET WORLD'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF BOUYER'S COMPLAINT**<br><br>[DEFENDANT ROCKY'S RACQUET WORLD'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF BOUYER'S COMPLAINT CONCURRENTLY SUBMITTED] |

## DECLARATION

I, A.T. DICKENS, hereby declare that, if called as a witness, I could competently, and would, testify to the following based on my personal knowledge:

1. I am the managing partner of ROCKY'S RACQUET WORLD, a Limited Partnership.

2. The plaintiff in this case, Anthony Bouyer, claimed in his complaint that he had given ROCKY'S RACQUET WORLD notice of the deficiencies outlined in his Complaint.

-1-

3. I can say without hesitation that no such notice was given, ROCKY'S RACQUET WORLD, was not contacted by telephone, letter, email or any other means of communication.

4. Further, Plaintiff's allegation in Paragraphs 14 & 15 of his Complaint that Defendant had and has no policy or plan in place to make sure there is ADA compliant accessible parking is false. It is our policy at ROCKY'S RACQUET WORLD to maintain ADA complaint parking and to make readily achievable changes as required by the ADA when problems are brought to our attention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed this day October 19, 2020 in Thousand Oaks, California.

_____
A.T. Dickens