**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ROCKY'S RACQUET WORLD, a Limited Partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-04710-RSWL-RAOx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Rocky's Racquet World ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

     IT IS SO ORDERED.

DATED: November 29, 2021

                                      /s/ RONALD S.W. LEW
                                      RONALD S.W. LEW
                              UNITED STATES DISTRICT JUDGE